

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**JENNIFER L. HARRINGTON**
*Special Assistant Corporation Counsel*
O: (212) 356-2016

March 2, 2022

**VIA ECF**
Hon. Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007



Re:   *T.W. v. N.Y.C. Dep't of Educ.,* 22-cv-199 (KPF)(GWG)

Dear Judge Failla:

I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Hon. Sylvia O. Hinds-Radix, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, et seq. ("IDEA"), as well as for this action.

I write to respectfully request an adjournment of the conference scheduled for March 4, 2022, *sine die*. Plaintiff consents to this request.  We note that our office has successfully settled all of similar IDEA fees-only actions brought by Plaintiffs represented by the Spratt firm, without the need for any motion practice, and we see no reason why this case will not take that same course.

Therefore, we respectfully request that the conference be adjourned without a date.

Thank you for considering this request.

/s/
Jennifer L. Harrington, Esq.

cc: Andrea Spratt, Esq. (via ECF)

Application GRANTED.  The initial pretrial conference scheduled in this matter for April 22, 2022, is hereby ADJOURNED *sine die*. The Clerk of Court is directed to terminate the pending motion at docket number 10.

The Court notes that this case has not been referred to Magistrate Judge Gorenstein for general pretrial supervision. The parties are directed to address their requests to the undersigned.

Dated:     April 4, 2022         SO ORDERED.
           New York, New York

*[signature: Katherine Polk Failla]*

           HON. KATHERINE POLK FAILLA
           UNITED STATES DISTRICT JUDGE